

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

**NOS.**
**WR-88,958-01**
**WR-88,958-02**
**WR-88,958-03**
**WR-88,958-04**
**WR-88,958-05**

**EX PARTE STANTON WAYNE YATES, Applicant**

**ON APPLICATIONS FOR WRITS OF HABEAS CORPUS**
**CAUSE NOS. 1525082A, 1525085A, 1525086A, 1525083A, AND 1525084A**
**IN THE 8TH DISTRICT COURT FROM HOPKINS COUNTY**

*Per curiam*.

**O R D E R**

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court these applications for writs of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). A jury convicted Applicant of four offenses of engaging in organized crime and one offense of burglary of a habitation. It assessed lengthy prison terms. The convictions were affirmed on direct appeal. *Yates v. State*, 505 S.W.3d 631 (Tex. App.—Texarkana 2016).

Applicant raises many claims in his habeas applications, including several claims of ineffective assistance of trial counsel. Trial counsel has provided an affidavit, and the trial court finds that the ineffective assistance claims lack merit. Applicant objects to the findings. This Court has reviewed the trial and habeas records, and this Court agrees that Applicant fails to show that trial counsel provided ineffective assistance. *See Strickland v. Washington*, 466 U.S. 668, 687 (1984). This Court has also reviewed Applicant's remaining claims, and they also lack merit. Habeas relief is denied.

Filed: July 3, 2019
Do not publish